**FORRESTER & WORTH, PLLC**
3636 NORTH CENTRAL AVENUE, SUITE 700
PHOENIX, ARIZONA 85012
602.258.2729—MAIN
602.271.4300—FAX
S. CARY FORRESTER (006342)
JOHN R. WORTH (012950)
SCF@FORRESTERANDWORTH.COM
JRW@FORRESTERANDWORTH.COM

COUNSEL FOR THE DEBTOR

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>**GREEN VALLEY HOSPITAL, LLC**,<br><br>                        Debtor. | Chapter 11<br><br>Case No. 4:17-bk-03353<br><br>**OMNIBUS DECLARATION OF JOHN MATUSKA IN SUPPORT OF FIRST DAY MOTIONS** |

John Matuska hereby declares under penalty of perjury as follows:

1.     I am the Chief Executive Officer of GV Hospital Management ('**Management**"), which owns and operates the Green Valley Hospital (the "**Hospital**");

2.     I am over the age of 21, am competent to testify, and if called to do so would testify as set forth in this Declaration;

### General Background

3.     Management is an Arizona limited liability company with its principal place of business and operations in Green Valley, Arizona;

4.     The Hospital is a licensed and general acute care hospital open 24 hours a day, seven days a week.  It cost more than $75 million to construct and equip, and opened in May of 2015;

5.     The Hospital is the only hospital in its local market, serving a community of approximately 100,000 people (including the city and surrounding region). The next closest hospital facility is located 26 miles to the north, or a 45-minute drive away;

6.     The Hospital is a 49-bed general acute care hospital with a 12-bed emergency department;

7.     The Hospital currently has approximately 337 employees, and has credentialed over 232 physicians on its medical staff.  The employees include approximately: (i) 227 full-time employees; (ii) 102 part-time employees; and (iii) 8 contract employees;

8.     Features of the Hospital include a surgical suite with four  operating rooms, two procedure rooms and a 13 bed PACU, a cardiac catheterization laboratory, a full service laboratory and blood bank, diagnostic radiology services and emergency care  ;

9.     The Hospital's mission is to deliver the highest quality of healthcare to surrounding communities, and to become the finest community-based regional hospital in Southern Arizona, through its core values of respect, integrity, responsibility, and excellence;

10.     The Hospital was awarded the 2015 "New Business of the Year" award at Green Valley's Annual Chamber Business Dinner, and averages 4.3 out of 5 stars from patients in online ratings;

11.     The Hospital offers a wide variety of healthcare specialties from anesthesiology to wound care.  It also offers full imaging and diagnostic services as well as a full service laboratory, blood bank, and inpatient pharmacy;

12.     The Hospital was originally managed by Jim McDowell and/or a designated entity of Jim McDowell.  It was under-capitalized, poorly governed, and poorly managed from its inception.  As a result, it incurred cumulative net

losses from operations of approximately $35 through the first 18 months of operations;

13. In August 2016, Debtor Green Valley Hospital, LLC ("**GVH**") recruited a qualified turnaround management team and in November 2016 its board of managers was restructured;

14. Despite the management restructuring, the Hospital's debt load remains unsustainable and it was necessary to file this case in order to reorganize its debts, operate successfully, and maximize the recovery to creditors;

15. Management determined that it needed to file a Chapter 11 bankruptcy in order to reorganize its debts, operate successfully, and optimize recovery to its creditors;

## Corporate Structure

16. Management is one of six wholly-owned subsidiaries of GVH. The other subsidiaries include GVH MOB I, LLC ("**MOB1**"), GVH MOB II, LLC ("**MOB2**"), GVH MOB III, LLC ("**MOB3**"), GV Campus Management, LLC ("**GVCM**"), and GV II Holdings, LLC ("**GV2**");

## Debtors' Assets & Liabilities

17. Management owns the real property where the Hospital is located and accounts receivables. It owns some of the equipment used by the Hospital, with the balance owned by GVH, other than leased equipment;

18. Management also holds the Hospital license, employs staff, governs clinical operations, including medical staff credentialing, and contracts with third party payors including Medicare and Medicaid;

19. The Hospital's land and building have an "as is" value of approximately $59.2 million, and its equipment has a liquidation value of approximately $2.8 million;

3

**Debtors' Creditors**

20.     Management's total liabilities stood at approximately $95 million as of the Petition Date, of which approximately $85 million is secured debt.  As the description set forth below details, some of that debt overlaps with GVH's debt and a small portion overlaps with GVII's debts;

21.     Details regarding Management's main secured creditors are as follows:

A.     **Artemis Realty Capital Advisors, LLC ("Artemis").**  Artemis is owed approximately $7.9 million as of March 29, 2017. It holds a first-priority lien on the Hospital's land and building and on the equity ownership interests in Management, GVH, MOB1, MOB2, and MOB3, and second-priority liens on Management and GVH's equipment and accounts receivable;

B.     **Green Valley Medical Investments, LLLP ("GVMI").**  GVMI was GVH's original senior secured lender, having funded the construction of the Hospital through a $55 million loan to GVH.  GVMI is also owed approximately $7.5 million by GVH for accrued interest, fees and costs.  GVMI agreed to subordinate its debt to Artemis' loan in September 2016.  As such, GVMI holds a second-priority lien on: (i) the Hospital's land and building; (ii) the equity interests in Management, MOB1, MOB2, and MOB3; (iii) the land and buildings owned by MOB1, MOB2, and MOB3; (iv) GV2's land; and (v) a third-priority lien on Management and GVH's equipment and accounts receivable;

C.     **SCM Special Finance Opportunities ("SCM").**  SCM provided an accounts receivable loan to Management in the amount of $2.4

million. SCM holds a first-priority lien on Management's accounts receivable;

D. **SQN Asset Finance (Guernsey) Limited ("SQN").** SQN loaned GVH approximately $13 million for the purchase of equipment. SQN holds a first-priority lien on Management's and GVH's equipment, and on GV2's land;

E. Management has unsecured debts totaling approximately $9.9 million, attributable to two unsecured notes and trade and vendor payables;

**Facts Relating to Management's Motion for Interim Order Authorizing Use of Lockbox Bank Accounts**

22. Management maintains three lockbox accounts at Compass Bank ("**Compass**"), identified as follows:

| | |
|---|---|
| Commercial Lockbox | ******0768 |
| Government Lockbox | ******8484 |
| Selfpay Lockbox | ******0712 |

23. The Commercial Lockbox is the account into which all commercial insurance remittances are deposited;

24. The Government Lockbox is the account into which all Medicare and Medicaid payments are deposited;

25. The Selfpay lockbox is the account into which all other payments are deposited, including those made by individuals who have no insurance or have deductible or coinsurance requirements;

26.     Many of Management's customers have been instructed to make deposits into these accounts, and closing them would severely disrupt the collection of receivables;

27.     Similarly, attempting to alter the payment instructions, especially to the governmental entities, would jeopardize the collection of receivables, especially the Medicare and Medicaid payments;

28.     Management does not write checks or otherwise make payments out of these accounts;

29.     More than $2 million was deposited into the lockbox accounts during the first 17 days of March, 2017, and additional deposits totaling more than $740,000 are expected through the end of the month. Management anticipates that similar amounts will be deposited into the accounts in the months ahead;

**Facts Relating to Management's Motion for Order Regarding Patient Care Ombudsman**

30.     I supervise the Hospital's day-to-day operations, including the methods and processes it uses to monitor, oversee, and maintain the quality of care provided to patients and the safeguarding of their privacy rights;

31.     I am also familiar with the policies and mechanisms the Hospital has in place to ensure compliance with all applicable regulations and accreditation requirements;

32.     The Hospital is in compliance with all applicable regulations and accreditation requirements, as verified by the regular inspection and ongoing certification by various state and federal regulatory agencies and independent monitoring and accreditation agencies;

33.     The decision to file this case was in no way predicated on or related to any problem related to patient care, privacy, or safety;

6

34.     The Hospital is also subject to substantial external monitoring by various federal and state regulatory agencies and independent accreditation organizations.  Such monitoring provides an added layer of protection for patients by ensuring that the Hospital is subject at all times to inspections by independent third parties;

35.     The Hospital is currently in compliance with all applicable federal and state regulations;

36.     In addition to the Hospital accreditation and compliance with federal and state accreditation agencies, it also employs a Patient Advocate who works four days per week and whose only job is to advocate for patients and their families and to resolve any problems, complaints, and grievances they may have;

37.     The Hospital also has a Compliance and Privacy Officer whose job is to ensure that the Hospital and its business associates maintain the confidentiality of patient health information and comply with HIPAA;

38.     In order to qualify as a Medicare participant, a hospital must either comply with routine surveys by state agencies or be "accredited" by an institution that is authorized by the Centers for Medicare and Medicaid Services ("**CMS**") to attest to a hospital's eligibility for Medicare participation;

39.     There are two entities in the United States that have such "deeming authority:" the Joint Commission on Accreditation for Hospital Organizations ("**JCAHO**") and Det Norske Veritas ("**DNV**"). DNV surveys annually, while JCAHO only surveys every 18-36 months;

40.     Since its opening, the Hospital has been continuously accredited by DNV through its annual surveys.  If it were to lose its deemed status, it would no longer be eligible to accept Medicare or Arizona Health Care Cost Containment System ("**AHCCCS**") patients;

41.     If the Hospital were no longer eligible to participate in Medicare and AHCCCS, private insurers could also terminate their provider agreements, effectively removing the Hospital's entire patient base and making continued operations impossible;

42.     Because of the dire consequences of losing deemed status, the Hospital is dedicated to meeting the high patient quality standards of DNV;

43.     DNV issues its Interpretive Guidelines and Surveyor Guidelines that hospitals must comply with to receive and maintain their DNV accreditation.  As part of the DNV accreditation requirements, hospitals must develop, implement, and maintain an ongoing system for managing quality and patient safety;

44.     The Hospital's last inspection by DNV took place on July 12-13, 2016 and its next inspection will take place sometime within the 45-day window on either side of July 12, 2017;

45.     The Hospital has not been the subject of any complaints or investigations initiated by CMS or any federal health care oversight agencies;

46.     As of today, there have been no enforcement actions filed by CMS or any federal health care oversight agencies and the Hospital is in full compliance with federal regulatory requirements;

47.     The Arizona Department of Health Services ("**ADHS**") regulates the licensure of health care entities in Arizona. To maintain hospital operations, the Hospital must comply with all requirements necessary for continued maintenance of an Arizona hospital license;

48.     ADHS regulations mandate the creation and implementation of policies and procedures related to patient care at the hospital. Although all areas of patient care (such as admission, surgical services, and perinatal care) are regulated by these ADHS rules, some regulations apply specifically to maintenance of high quality care standards at the Hospital;

49. For example, ADHS requires hospitals to have policies concerning how personnel report patient care deficiencies, the creation of a quality management system, and the establishment of patient rights information;

50. The Hospital has complied with all the requirements for licensure through ADHS. In maintaining compliance with the licensure requirements, the Hospital has adopted detailed policies specifically addressing patient rights and responsibilities, risk assessment, corrective action, incident reporting and preventive action, to name a few;

51. ADHS maintains a system (accessible online) where anyone with knowledge or concerns about a medical facility may file a complaint in writing. It assigns each complaint to a surveyor to conduct an investigation, which may include a review of records, interviews with staff and residents, and observation of the care of patients. If names have been provided in the complaint, those persons will be contacted and an investigation may result in a complete compliance survey being conducted;

52. The Hospital has not been the subject of any ADHS complaints or investigations;

53. As of today, there have been no enforcement actions filed by the ADHS against the Hospital, and the Hospital is in full compliance with all ADHS requirements;

54. One of the mechanisms the Hospital uses to maintain quality of care is its Patient Complaint and Grievance Process, a copy of which is appended hereto as Exhibit 1;

55. Upon admission, patients (or their representatives) are provided with information related to the grievance submission process. In emergency situations, every attempt is made to distribute this information to the patient or his/her representative as soon as possible;

56. During the admission process, the Admitting Department staff provides the patient/representative with written information outlining how to submit a grievance related to quality of care concerns or premature discharge concerns;

57. If needed, the Hospital utilizes interpreter services to ensure that this information is communicated in the patient's primary language. Outpatients receive this information when completing pre-procedural or pre-diagnostic testing paperwork;

58. Each patient/representative receives information concerning: (1) with whom to file a grievance; (2) the reasons for submitting a grievance; (3) the telephone number and address of regulatory agencies that receive patient grievances: CMS, ADHS, the Hospital's third party Quality Improvement Organization (the "**QIO**"), and DNV; (3) their ability to file a complaint directly to any or all of these agencies without submitting a grievance first to the Hospital; (4) time frames for review and resolution of the grievance; and (5) the receipt by the patient/representative of a written notice of grievance determination;

59. When a patient or family verbalizes dissatisfaction to an employee, physician, volunteer, or department personnel, the department director (or the director's designee) must be made aware of the complaint and follow up begins immediately. The department director is responsible for ensuring the complaint is resolved;

60. If a patient complaint cannot be resolved by department staff, the Patient Relations Department is notified. If the complaint involves a risk issue or cannot be resolved by the Patient Relations Department, the Administration and the Quality Director are notified;

61. The following steps are taken to address a complaint: (1) interview the complainant; (2) take steps to resolve the problem; (3) provide feedback to the

patient regarding the steps taken and anticipated resolution; and (4) document the complaint and the actions taken to it;

62. A complaint received by the Hospital's Administration or sources other than the department itself will be immediately routed to the appropriate department Director for timely resolution and response;

63. In the event the complaint cannot be resolved in a timely manner through the process described above, or the concern meets the definition of a "grievance," the patient/representative can file a complaint directly with the Hospital by: (1) notifying the Administration; (2) notifying the ADHS; (3) notifying the QIO agency, Livanta, LLC; (4) notifying the Centers for Medicare & Medicaid Services; or (6) notifying DNV. Addresses, telephone numbers, and, where available, email addresses are provided for each entity;

64. Upon receipt of a grievance, the Hospital's Administration will respond and notify the patient/representative that the grievance was received and that the Hospital is investigating it. The Hospital also logs the name of the patient/complainant, the date of receipt, the nature of the grievance, and the hospital location of the patient in its Grievance Log;

65. The Hospital's Grievance Committee then conducts an investigation by: (1) reviewing the patient's medical record; (2) interviewing the patient/representative; and (3) interviewing staff members involved in the patient's care;

66. Any grievance involving quality of care or premature discharge must be referred to the appropriate medical staff committee or peer review organization pursuant to federal law or the patient's request;

67. The Hospital's Compliance and Privacy Officer must be notified of any concerns or complaints regarding alleged breaches of confidentiality or

Case 4:17-bk-03353-SHG    Doc 2    Filed 04/03/17    Entered 04/03/17 16:28:22    Desc
Main Document    Page 11 of 55

privacy issues, alleged fraud, alleged abuse, or alleged violation of regulatory statutes;

68.     The Hospital responds to grievances in a timely manner. Grievances involving situations that endanger the patient, such as neglect and abuse, are reviewed immediately. Grievances that do not involve patient endangerment are reviewed, on average, within 7 days of receipt;

69.     If the grievance is not resolved or the investigation cannot be completed within 7 days, the patient will be notified that the grievance is being investigated and that the Hospital will provide a written response within 30 business days.

70.     Upon the completion of the investigation, the patient is provided with written notice of: (1) the name of the hospital contact; (2) the steps taken to investigate and resolve the grievance; (3) the final result of the grievance; and (4) the date of grievance completion;

71.     The patient/representative maintains the right at all times to notify any of the state or federal regulatory agencies governing healthcare organizations;

72.     The Hospital also maintains several procedures to ensure that patient care, patient safety, and organizational performance are constantly improving;

73.     The Hospital's Quality Management Plan, a copy of which is appended hereto as Exhibit 2, outlines its organization framework, lists the duties of the Hospital's Board of Directors, Medical Staff, Quality Management Department, Department Directors, Employees, Volunteers, Chartered Continuous Quality Improvement Teams ("**CQI Teams**"), Non-Chartered CQI Teams, Failure Mode Effect, and Criticality Analysis and Root Cause Analysis Teams;

74.     The Quality Management Plan outlines how the Hospital gathers and analyzes data regarding everything from patient satisfaction, effectiveness of pain

Case 4:17-bk-03353-SHG    Doc 2    Filed 04/03/17    Entered 04/03/17 16:28:22    Desc
Main Document      Page 12 of 55

management, use of blood, outcomes related to resuscitations, and medical record documentation;

75.     In the event of what the Hospital deems "sentinel events" (such as transfusion reactions, adverse drug events, hazardous conditions, or discrepancies between pre-operative and post-operative diagnosis), an intensive analysis is initiated to determine where to focus on improvements. Changes are initiated as soon as possible to improve performance and patient safety and reduce the occurrence of these events;

76.     The Hospital's committee structure supports performance improvement by requiring that the committees document their activities in their minutes and memos and, when appropriate, similarly document their conclusions, recommendations, action, and follow-up;

77.     The Hospital's Quality Management Plan requires that all data collected to implement the plan remain confidential and safeguarded against unauthorized disclosure;

78.     The Hospital's Preventative Action Plan, a copy of which is appended hereto as Exhibit 3, serves to determine potential problems or issues, the need for action to prevent the recurrence of any identified problems or issues, the implementation of required actions, the reporting of results and actions taken, and the review of the effectiveness of the actions taken;

79.     The Preventative Action Plan includes a matrix that categorizes the potential problem and identifies the responsible department, the actions taken, how such actions need to be recorded, and the follow up steps;

80.     For example, for Patient Complaints and Grievances: (1) the Hospital's Department/Hospital Leadership, Risk Management, and Patient Experience Representatives are responsible; (2) complaints are tracked and trended for potential preventative actions, (3) complaints are documented in

federally mandated Hospital Consumer Assessment of Healthcare Providers and System Reports, patient complaint reports, patient surveys, incident reports, and meeting minutes; and (4) departmental leadership is responsible for monitoring and ensuring compliance appropriate with preventative actions;

81.     As another example, if the Hospital experiences a "Near Miss," incident reports are generated and departmental leadership is responsible for ensuring that appropriate preventative action is complied with;

82.     The Hospital also maintains a Corrective Action Plan, a copy of which is appended hereto as Exhibit 4, whose purpose is to ensure that nonconformities do not recur by determining what corrective actions must be taken when planned results are not achieved;

83.     Similar to the Preventative Action Plan, the Corrective Action Plan sets forth who is responsible for the type of issue or problem, how such issue or problem will be determined to exist, how it is recorded, and who is responsible for follow-up;

84.     For example, patient grievances are the responsibility of the Risk Management, Patient Experience, Patient Relations Advocate, and Department Directors whose job it is to follow the grievance management process and to investigate the cause of a patient/family grievance.  They must note their findings in the Complaint and Grievance Log and follow up with key stakeholders to resolve the issue;

85.     The Hospital also maintains a Quality Department headed by the Quality Management Review Committee (the "**QMRC**") who records their findings in meeting minutes;

86.     If a nonconformity is identified during the QMRC, corrective actions will be taken, and the Hospital's Quality Department is responsible for following up with key stakeholders to ensure that corrective action plans are completed.

Case 4:17-bk-03353-SHG    Doc 2    Filed 04/03/17    Entered 04/03/17 16:28:22    Desc
Main Document    Page 14 of 55

Ultimately, Hospital Leadership is responsible for ensuring corrective actions are completed;

87. The foregoing processes and procedures not only adequately address patient care concerns, but ensure that the standard of patient care is constantly improving and that any issues with patient care are corrected and prevented;

88. Not only does the Hospital maintain its accreditation with DNV and the ADHS, but it also employs a full time Patient Advocate whose job it is to advocate for patients and families by coordinating support and resolving problems, complaints, and grievances;

89. The Patient Advocate routinely makes rounds on patients to proactively address patients' concerns and to expedite the resolution of those concerns. The Patient Advocate acts as a liaison between patients and the Hospital, monitors patient satisfaction, and analyzes data to improve patient satisfaction;

90. The Patient Advocate's job duties include, among other things: (1) responding to patient complaints, grievances, and problems; (2) working with hospital departments to assist with investigations in a timely manner; (3) responding to requests for information; (4) interacting with internal and external entities to resolve grievances, appeals, and claim disputes; (5) training and informing employees regarding processes and procedures; (6) formally responding to all grievances in accordance with applicable policies and procedures; (7) documenting patient concerns, complaints, and grievances and related follow-up activities and final outcomes; (8) making rounds on patients in the hospital; (9) reviewing patient satisfaction data and providing recommendations for areas of improvement; (10) providing reports to leadership staff on patient complaints; and (11) serving as a resource to families and patients

Case 4:17-bk-03353-SHG   Doc 2   Filed 04/03/17   Entered 04/03/17 16:28:22   Desc
Main Document    Page 15 of 55

regarding the Hospital's policies and procedures, lost belongings, and financial questions;

91.    The Hospital also employs a Compliance and Privacy Officer who is responsible for the oversight and implementation of its compliance program and adherence to privacy policies;

92.    The Compliance and Privacy Officer's duties include: (1) developing compliance and privacy programs that adhere to current regulations; (2) coordinating and implementing compliance and privacy procedures within each department; (3) responding to alleged violations of rules, regulations, policies, and procedures; (4) ensuring timely reporting of any violations or potential violations; (5) establishing awareness of Alertline to employees or others to report violations without fear of retaliation or retribution; (6) establishing a mechanism to track access to patient health information; (7) working to restrict access to patient health information when appropriate; (8) ensuring that the Hospital and businesses it works with are observing HIPAA; and (9) and reviewing system related security plans throughout the Hospital's computer network to ensure compliance with privacy regulations.

## Facts Relating to Management's Motion to Approve Adequate Assurance to Utility Providers

93.    In the ordinary course of its business, the Hospital receives water/sewage, electricity, gas, internet, telephone, and other services (collectively, the "**Utilities**") from various utility providers, as follows:

   a.   Tucson Electric Power (deposit = $176,148.00);

   b.   Southwest Gas (deposit = $7,365.00);

   c.   Green Valley Water (deposit = $5,000.00);

   d.   City of Tucson Wastewater (no deposit);

e.  Century Link (no deposit); and,

f.  Cox Communications (no deposit).

94.  In the 12 months preceding March 31, 2017, the Hospital paid, on average, $62,109.00 per month for Utilities;

95.  The Hospital pays each Utility provider directly, after receiving an invoice for the prior month's services;

96.  Additionally, the Hospital has deposits with some or all of the Utility Providers, as noted above, which total $188,513.00;

**Facts Relating to Management's Motion to Pay Prepetition Wage, Benefit Reimbursement and Other Employee Related Obligations.**

97.  As of March 31, 2017, Management owed accrued and unpaid wages, salaries, bonuses, and/or commissions, including vacation, severance, paid time off, and sick leave obligations (collectively, the "**Wage Claims**") to its employees;

98.  Because the employees were paid current on Friday, March 31, 2017, I believe that the Wage Claims will amount to less than $12,850.00 per Employee;

99.  The aggregate amount of accrued and unpaid payroll owing as of the March 31, 2017 is estimated to be $321,376;

100.  In addition, certain employees who were paid on that date may have failed to cash their checks before the bankruptcy filing, although this amount too should be small, as most employees are paid by direct deposit to their accounts through a third-party payroll service;

101.  In connection with the payment of wages and other compensation, Management is required to withhold from employee payroll checks certain obligations of the employees, including, without limitation, federal, state, and local income taxes, Social Security, Medicare, and unemployment taxes;

102.   In the ordinary course of business, Management may also withhold from payroll checks: (i) employee contributions to 401(k) or other retirement plans; (ii) employee contributions to medical, dental, insurance, disability, or similar plans, and (iii) other contributions or obligations of the employees as directed by the employees or pursuant to applicable law;

103.   In addition, Management makes payments for the employer's portion of payroll taxes and other obligations as required by applicable law;

104.   With the exception of withholding taxes, Management was current on all such obligations as of March 31, 2017;

105.   As to withholding taxes, Management owes the IRS approximately $1.8 million (plus interest and penalties) for wages paid prior to the change in management, and a corresponding amount of approximately $180,000 to the State of Arizona;

106.   Management is not seeking authority to pay any of these old withholding obligations, only those associated with the most recent payroll and the portion of post-petition payroll that accrued before the filing;

107.   In the ordinary course of Management's business, it has also established various benefit plans, programs, and policies for its employees (collectively, the "**Benefit Obligations**");

108.   The Benefit Obligations may include, but are not necessarily limited to, obligations with respect to the following: (a) medical, dental, vision, and similar plans or benefits; (b) life insurance, accidental death and dismemberment, short-term disability, and similar plans or benefits; (c) paid time off ("**PTO**"); and (d) other miscellaneous benefits.

109.   With the exception of PTO, Management is unaware of any unpaid Benefit Obligations as of March 31, 2017;

110.    As to PTO, it is an essential part of Management's compensation package and is necessary to attract and retain employees. Management estimates its accrued PTO obligations, as of the Petition Date, at $424,122.64 , or an average of $1893 per covered employee;

111.    None of the employees have accrued PTO in excess of the wage priority limit, and only nine out of 224 covered employees have accrued PTO in excess of $5,000;

112.    Management also carries workers' compensation insurance for its employees, for which it pays a fixed monthly premium of $11,913.53, together with other variable amounts determined by the dollar amount of claims made during any applicable period;

113.    Management's payment obligations to the workers' compensation insurer are secured by a cash deposit of $25,228.65;

114.    In the ordinary course of their duties on behalf of Management, various Employees may from time to time incur expenses for which they are customarily reimbursed by Management;

115.    In other cases, such expenses are charged directly to Management, although the employee could be obligated on the expense if it is not paid by Management;

116.    Most of Management's employees are paid by direct deposit through a third-party payroll service, ADP. However, some are paid directly by Management, through checks written on its payroll account;

117.    While all employees were paid current on March 31, 2017, it is possible that some employees did not negotiate their checks before the bankruptcy filing;

**Facts Relating to Management's Motion to Pay Prepetition Critical Vendors**

118.     In the ordinary course of its business, Management relies on third-party vendors and suppliers to provide various goods and services used at the Hospital, without whom the Hospital could not sustain its operations;

119.     Management has established relationships with these critical vendors in order to ensure continued access to goods and services critical to its operations;

120.     Management has identified approximately 34 such critical vendors, who are owed a combined total of approximately $1,070,033 for prepetition goods and services;

121.     However, because most of these critical vendors are already dealing with Management on a COD basis, I believe that they will continue to provide goods and services after the bankruptcy filing without interruption;

122.     However, my experience tells me that two critical vendors will not continue to provide services after the bankruptcy filing if their prepetition repayment plans are not honored: Pima Heart Physicians, PC ("**Pima Heart**") and Southern Arizona Gastroenterology ("**SAG**");

123.     By way of background, Management relies on various doctors and groups of doctors to staff the Hospital and provide specialized care to its patients;

124.     Pima Heart and SAG are two of those groups. Pima Heart provides specialized heart care and SAG provides specialize gastroenterology care, both on a contract basis;

125.     Management became seriously delinquent in its payment obligations to both groups, and both indicated (strongly) that they would not provide further services in the absence of an agreed-upon repayment plan;

126.     The loss of either would seriously disrupt the Hospital's operations and result in lost patients and lost revenue. It would also damage the Hospital's

reputation in a way that it might not recover from. Also, because of the Hospital's rural location, it could not easily replace these groups;

127. Accordingly, Management entered into repayment arrangements with both groups before its bankruptcy was filed, and wishes to continue with those arrangements;

128. Pima Heart was owed approximately $305,000 in arrearages when Management's case was filed. Management has agreed to repay these arrearages by making three equal payment in April, May, and June of this year. In return, Pima Heart has agreed to continue to provide its specialized services;

129. Management has agreed to repay the much smaller arrearages owed to SAG, $23,300, in two installments: The first, in the amount of $15,000 on April 1, 2017, and the second, in the amount of $8,300, on May 1, 2017. In return, SAG has agreed to continue to provide its specialized services;

130. If either were to refuse to continue to provide services, the Hospital would lose patients and revenue far in excess of the amounts owed. In addition, it might not be able to replace the two groups, and that would be devastating as the Hospital would no longer be able to offer heart and gastroenterology services;

**Facts Relating to Management's Motion to File Portions of its Schedules and Mailing List and Other Documents under Seal**

131. Patients of the Hospital are protected by the Health Insurance Portability and Accountability Act (commonly known as "**HIPAA**"). Among other things, HIPAA regulates the use and disclosure of protected health information of individuals held by covered entities, including medical service providers such as the Hospital;

132. Protected health information is any information held by a covered entity which concerns health status, provision of health care, or payment for health

care that can be linked to an individual.  Broadly interpreted, this information includes any part of an individual's medical records or payment history;

133.    HIPAA violations can result in both civil and criminal penalties to a covered entity.  Therefore, the Hospital has a legal duty to keep the identities and other information of its patients private;

134.    In preparing its Schedules, Management has identified a number of past and present patients who may have claims against the estate;

135.    These individuals include those with positive credit balances (resulting from overpayment, double payment, or the issuance of credits by the Hospital), those individuals who have filed grievances with or against the Hospital, and those individuals who have been the subject of incident reports;

136.    Some of these individuals have known claims and others are in the category of potential claimants; and

137.    I believe that it would, or might, be a violation of HIPAA to disclose their names, addresses, and other personally identifying information on the record in Management's case.


DATED March 31, 2017


*John Matuska*
_____
John Matuska

# EXHIBIT "1"

| SUBJECT:     PATIENT COMPLAINT and GRIEVANCE PROCESS | REFERENCE:  HW.017 |
|---|---|
| | PAGE:  1 |
| DEPARTMENT:  HOSPITALWIDE | OF:  9 |
| | EFFECTIVE:  04/15 |
| APPROVED BY:  CEO | REVISED: |

## POLICY:

**This policy is approved and adopted by the Green Valley Hospital Governing Board.  The Governing Board has delegated the responsibility for the effective operation of the grievance process to the Grievance Committee.**

In accordance with 42 CFR §482.13(a)(2) Green Valley Hospital maintains a process for prompt resolution of patient grievances and informs each patient whom to contact to file a grievance.

Green Valley Hospital supports the patients' right to have reasonable expectations of care and services and will address these expectations in a timely, reasonable, and consistent manner.

Green Valley Hospital supports a patient's right to freely voice complaints and recommend changes without being subject to coercion, discrimination, reprisal, or unreasonable interruption of care, treatment, and services. Hospital employees are encouraged to alert appropriate staff concerning any patient grievance in a timely manner to ensure prompt follow-up.  A patient or patient's representative who expresses a complaint or grievance is assured that their concerns will be utilized to assist with the hospital's continuous quality improvement efforts.

The Administrative Team has the leadership role in the complaint and grievance process.

Patients are granted rights under the Health Insurance Portability and Accountability Act (HIPAA) and other state or federal laws or regulations dealing with privileged health information (PHI). A patient who believes his or her rights have been violated may file a complaint regarding the alleged PHI violation to the Hospital Compliance Officer. The Compliance Officer investigates alleged violations or complaints made by the patient or his or her representative regarding the alleged breach of privacy.

## DEFINITIONS:

**Complaint** – as defined as a verbal concern issued on behalf of a patient that can be resolved at the time by staff present.

**Patient Grievance –** as defined by Centers for Medicare & Medicaid Services, (CMS) 42 CFR §482.13(a)(2):

The electronic version of this policy is considered to be the controlled version.
Printed copies are considered uncontrolled documents.  Before using a printed copy, verify that it is the current version.

A patient grievance is a formal or informal written or verbal complaint that is made to the hospital by a patient, or the patient's representative, regarding the patient's care, abuse or neglect, issues related to the hospital's compliance with the CMS Hospital Conditions of Participation (COPs), or a Medicare Beneficiary billing complaint related to rights and limitations provided by 42 CFR 489.

**Staff Present** -- Includes hospital staff present at the time of the complaint or hospital staff who can quickly be at the patient's location to assist with resolution of the patient's complaint.

**Grievance Committee** -- An ad hoc committee consisting of members defined by Administration as appropriate to the grievance type. The Committee must consist of more than one person and may include members of Administration, Case Management, Patient Relations, Physician Representative, Quality Management and appropriate department directors as needed. The committee is responsible for reviewing and resolving grievances, as designated by the Board of Trustees.

## EXAMPLES OF A GRIEVANCE:

- Complaint regarding patient abuse or neglect
- Complaints related to the hospital's compliance with CMS Hospital Conditions of Participation (COP), or those that cannot be resolved quickly
- A written complaint
- A verbal patient care complaint that cannot be resolved by staff present at the time of the complaint, is postponed for later resolution, is referred to other staff for later resolution, requires investigation, and/or requires further actions for resolution
- A written complaint that does not ask for written resolution is a grievance if the Hospital would otherwise consider the complaint a grievance
- If patient or patient's representative requests that his or her complaint be handled as a formal complaint or grievance, or requests a response from the hospital
- Billing issues are not considered grievances unless the complaint being addressed concerns a Medicare Beneficiary billing complaint related to the rights and limitations provided by 42 CFR 489, at which time the complaint is considered a grievance.

## EXAMPLES THAT ARE NOT GENERALLY CONSIDERED A GRIEVANCE:

- Patient care complaint that is resolved at the time by staff present

The electronic version of this policy is considered to be the controlled version.
Printed copies are considered uncontrolled documents. Before using a printed copy, verify that it is the current version.

- Post discharge verbal complaint via telephone regarding a patient care complaint that would have been resolved by staff present if the communication had occurred during the patient's stay.
- Information obtained by a patient satisfaction survey, unless accompanied with a letter or documentation requesting a response
- Where the patient is satisfied with the care but a family member is not.

In instances when the reporting person is not the patient, it is necessary to contact the patient to insure the person filing the complaint/grievance is an "authorized representative" of the patient, and that this person is permitted to discuss information contained in the patient's medical record.

**PROCEDURE:**

- Staff will be knowledgeable regarding the hospital's patient complaint and grievance process.

- Personnel will be encouraged to alert appropriate staff concerning any patient grievance.

- Data will be collected regarding patient grievances, as well as complaints that are not defined as grievances and incorporated into the organization's performance improvement program.

- Information gathered and "lessons learned" will be incorporated into the hospital's performance improvement initiatives.

- Summary reports of grievances will be submitted on at least a bi-monthly basis to the Quality Management Review Committee and the Board of Directors.

ADMISSION:

- At the time of patient admission to the facility, the patient or the patient's representative is provided with information related to the grievance submission process. If the patient's condition does not permit the providing of this information at the time of admission, or if the

Page 3 of 9

The electronic version of this policy is considered to be the controlled version.
Printed copies are considered uncontrolled documents. Before using a printed copy, verify that it is the current version.

patient's representative is not present at time of admission, every attempt is made to distribute this information to the patient or his/her representative as soon as possible.

- During the admission process, the Admitting Department staff provides the patient or his/her representative with written information outlining how to submit a grievance related to quality of care concerns or premature discharge concerns. The information is provided in a manner in which the patient can understand in his/her primary language or method of communication, using an interpreter as needed.

- Outpatients will receive this information when completing pre-procedural or pre-diagnostic testing paper work.

- The information provided to the patient includes:

  - With whom to file a grievance
  - The reasons for submitting a grievance, i.e., quality of care concerns or premature discharge perception
  - Phone number and address of regulatory agencies that receive patient grievances: Centers for Medicare and Medicare Services (CMS), Arizona Department of Health Services (ADHS), and the Quality Improvement Organization (QIO), DNV GL-Healthcare
  - The patient is informed of the ability to file a complaint directly to any or all of these agencies without submitting a grievance first to Green Valley Hospital.
  - Time frames for review and resolution of grievance
  - That the patient receives a written notice of grievance determination.

Complaints Process at Immediate Management Level:

- When a patient or family verbalizes dissatisfaction to an employee, physician, volunteer, or department personnel, the department director or designee of the department involved shall be made aware of the complaint, and follow up shall begin immediately. Attempts will be made at the time the complaint is voiced to resolve the issue immediately. The department director is responsible for ensuring the complaint is resolved.

- When the patient complaint cannot be resolved by the department staff, the Patient

The electronic version of this policy is considered to be the controlled version.
Printed copies are considered uncontrolled documents. Before using a printed copy, verify that it is the current version.

Relations Department will be notified. If the complaint involves a risk issue, or is not able to be resolved by the Patient Relations Department, Administration and the Quality Director will be notified.

o The following steps will be taken to address a complaint:
   - Interview complainant
   - Take steps to resolve the problem
   - Provide feedback to patient regarding steps taken and anticipated resolution
   - Document complaint and actions taken to resolve the issue

- A complaint received by Administration or sources other than the department itself shall be routed immediately to the appropriate department Director for timely resolution and response.

- In the event that the complaint cannot be resolved in a timely manner through the process described above, or the concern meets the definition of a "grievance", the patient and/or their representative may file a grievance with the Hospital by use of any of the following mechanisms:

o Notifying Hospital Administration: A patient and/or their representative may send his or her written or verbal grievance to the following address/phone number:

   Green Valley Hospital
   Attn: Grievance Department
   4455 S-19 Frontage Road
   Green Valley, Arizona
   Phone number: 520-393-4790

o Notifying the State: The patient and/or their representative may contact the State agency:

   Arizona Department of Health Services
   150 N. 18th Ave. Suite 450
   Phoenix, AZ 85007
   Phone number: 602-364-3030

The electronic version of this policy is considered to be the controlled version.
Printed copies are considered uncontrolled documents. Before using a printed copy, verify that it is the current version.

- o <u>Notifying the QIO agency</u>:  The patient and/or their representative may contact the QIO agency:

  > Livanta, LLC
  > 6830 W. Oquendo Rd.
  > Suite 202
  > Las Vegas, NV  89118

- o <u>Notifying Centers for Medicare & Medicaid Services (CMS)</u>:  The patient and/or their representative may contact CMS:

  > Centers for Medicare & Medicaid Services
  > 7500 Security Boulevard
  > Baltimore, MD  21244
  > Phone: 1-800-633-4227

- o <u>Notifying Det Norske Veritas (DNV)</u>:  The patient and/or their representative may contact Det Norske Veritas (DNV) by either:
  > Web Form: http://dnvglhealthcare.com/patient-complaint-report
  > Phone: 1-866-496-9647
  > Email: hospitalcomplaint@dnvgl.com

- Upon receipt of a grievance, Administration, or designee will respond to the patient or patient's representative (may use fax or email if the grievance is filed in one of these manners), notifying the individual that the grievance was received and the facility is investigating the grievance.
- Upon receipt of a grievance the following information is recorded in the Grievance Log:
  - Name of the complainant and patient
  - Date of receipt
  - Nature of the concern
  - Hospital location of the patient

<u>GRIEVANCE INVESTIGATION:</u>

The electronic version of this policy is considered to be the controlled version.
Printed copies are considered uncontrolled documents.  Before using a printed copy, verify that it is the current version.

- The Grievance Committee, conducts an investigation of the grievance by:
  - reviewing the patient's medical record to obtain necessary information
  - interviewing the patient and/or patient's representative for additional information as needed
  - interviewing staff members involved in the care of the patient
- Any grievance filed that includes concerns regarding the quality of care or premature discharge shall be referred to the appropriate medical staff committee or peer review organization pursuant to federal law with which the hospital has a contract or at the patient's and/or their legal representative's request.

- The Compliance / Privacy Officer will be notified of any concerns or complaints voiced regarding alleged breach of confidentiality or privacy issues, alleged fraud and/or abuse and alleged violation of regulatory statutes.

TIME FRAMES:

- Green Valley Hospital will review, investigate, and resolve each patient's grievance within a reasonable time frame.
- Grievances regarding situations that endanger the patient, such as neglect or abuse, will be reviewed immediately, given the seriousness of the allegations and the potential for harm to the patient.
- Grievances that do not involve patient endangerment will be responded to with written notice to the patient and/or their legal representative within an average of seven (7) days of receipt of the grievance. However, staff scheduling and fluctuations in the numbers and complexity of grievances may affect the timeframes for the resolution of a grievance and the provision of the response.
- If the grievance will not be resolved, or if the investigation will not be completed within and average of 7 days of receipt, the patient or patient's representative will be notified that the grievance is still being investigated.
- If the grievance will not be resolved or if the investigation is not or will not be completed within an average of seven (7) days, the hospital will inform the patient or the patient's representative that the hospital is still working to resolve the grievance and that the hospital will follow-up with a written response within thirty (30) business days

The electronic version of this policy is considered to be the controlled version.
Printed copies are considered uncontrolled documents. Before using a printed copy, verify that it is the current version.

GRIEVANCE RESOLUTION:

- A grievance is considered resolved when the patient is satisfied with the actions taken on their behalf. However, in the situation when the hospital has taken appropriate and reasonable actions on the patient or the patient's representative behalf in order to resolve the patient's grievance and the patient is still unsatisfied, then the hospital may consider the grievance closed.

NOTIFICATION TO PATIENT:

- Upon completion of the investigation the patient is provided with written notice of:

  - The name of the hospital contact;
  - The steps taken to investigate and resolve the grievance;
  - The final result of the grievance;
  - The date of grievance completion.

- The patient and/or the patient's representative maintain the right at all times to notify any of the state or federal regulatory agencies governing healthcare organizations. This facility supports the patient's right to voice concerns regarding his or her healthcare and may provide assistance in contacting a regulatory agency if requested.

- In its written response, the hospital is not required to include statements that could be used in a legal action against the hospital, but the hospital must provide adequate information to address each item stated in this requirement. The hospital is not required to provide an exhaustive explanation of every action the hospital has taken to investigate the grievance, resolve the grievance or other actions taken by the hospital.

**REFERENCES:**

ARS   Ethics, Rights and Responsibilities 42 CFR §482.13

The electronic version of this policy is considered to be the controlled version.
Printed copies are considered uncontrolled documents. Before using a printed copy, verify that it is the current version.

DNV NIAHO accreditation Requirements and Interpretive guideline Revision 7.1: PR 5 Grievance Procedure; 2008

The electronic version of this policy is considered to be the controlled version.
Printed copies are considered uncontrolled documents. Before using a printed copy, verify that it is the current version.

# EXHIBIT "2"

## POLICY

The purpose of this plan is:

- To support the organization's Mission, Vision, Values and Strategic Plan, which are used to guide overall improvement initiatives in Green Valley Hospital.

- To improve quality, patient safety, and increase organizational performance through the implementation of data driven practices.

- To provide a framework for promoting performance improvement and patient safety practices that include the Board of Directors, Administration, Management, Medical Staff, employees and volunteers.

The organization supports a culture of innovation, collaboration, performance improvement, "fair and just culture", and commitment to customer satisfaction. Through the support, involvement, and collaboration of the Board of Directors, management, medical staff, employees, and volunteers, Green Valley Hospital, will achieve the goal of exceeding customer expectations, improving performance and patient safety. Based on data review, regulatory and accreditation requirements, and organizational risk stratification, the leadership of Green Valley Hospital, will establish performance improvement priorities for the organization.  The priorities, as recommended by the Quality Committee and approved by the Medical Executive Committee and Board of Directors, will function as an addendum to this plan.

## ORGANIZATIONAL FRAMEWORK

### Board of Directors

- It is recognized that the Board of Directors has the ultimate responsibility for the organization's performance and strategic planning.  To fulfill commitment to performance improvement and patient safety, the Board delegates the responsibility for developing, implementing and maintaining performance improvement to administration, the medical staff, management and employees. It is the responsibility of the Board, in conjunction with Senior Management, to prioritize activities, allocate resources (staff, information management/data support, time and training), and monitor progress toward achievement of governance, management, clinical, and strategic goals.  Through the development of strategic initiatives, the Board provides direction to the organization's performance improvement activities. The Board is provided a means for evaluation and input in improvement activities through ongoing reports from the Quality Committee and Medical Executive Committee.

The electronic version of this policy is considered to be the controlled version.
Printed copies are considered uncontrolled documents.  Before using a printed copy, verify that it is the current version.

Medical Staff

- Members of the medical staff are involved in activities to measure, assess, and improve performance and patient safety on an organization-wide basis for clinical and nonclinical processes, which require medical staff leadership participation. Improvement initiatives in which the medical staff are involved, include, but are not limited to: assessment and treatment of patients, use of medications, use of blood and blood products, operative and other procedures, efficiency of clinical practice patterns, significant departures from established clinical practice patterns, and the accuracy, timeliness, and legible completion of medical records.

Quality Management Department

- The Quality Management Department serves as a resource to Chartered Teams, Standing Committees, the Medical Staff, and hospital departments. The Quality Management Department is responsible for reviewing reports from throughout the organization and facilitating their analyzation for patterns and trends that require improvement activities, including patient safety initiatives. These reports include, but are not limited to, patient satisfaction, occurrence reports, database reports, and standing committee reports. The Quality Management Department will report identified patterns and trends, which may require a performance improvement initiative to the affected departments and the Quality Committee.

Department Directors

- Department Directors are responsible for ongoing performance improvement and patient safety activities in their departments, supporting teams and acting on recommendations generated by performance improvement and patient safety activities review. Many of these activities will interface with other departments and the medical staff. It is critical that the Department Director foster a "just and fair" culture and an environment of collaboration both internally and external to their departments. Not all performance improvement efforts require a chartered team. Department Directors are encouraged to establish performance improvement activities in conjunction with other departments. Performance improvement activities that do not require a large cross-functional team are the responsibility of the Department Directors involved in the improvement effort.

Employees

- The role of the individual employee is critical to the success of performance improvement and patient safety initiatives. Quality is everyone's responsibility. All employees must believe that every process can be improved and feel

The electronic version of this policy is considered to be the controlled version.
Printed copies are considered uncontrolled documents. Before using a printed copy, verify that it is the current version.

empowered to confidently address and proactively prevent problems, as well as contribute positively to improvement efforts. Any employee, medical staff member, or volunteer may make a suggestion for a Performance Improvement Team by contacting the Director of Quality and their Department Director.

Volunteers

- Green Valley Hospital will recognize the role of the volunteer in the overall delivery of service and the positive contribution to customer satisfaction. Volunteers may be asked to be an ad hoc team member as needed.

Chartered Continuous Quality Improvement (CQI) Teams

- Chartered Teams are cross-functional and interdisciplinary in nature. Teams will be prioritized based on the strategic initiatives of the organization, with regard to high risk, high volume and urgency. These teams are larger in scope than non-chartered efforts that are focused in one or two departments. A facilitator and team leader will be assigned to chartered teams.

  The decision to appoint a team or to implement hospital-wide recommended improvement activities is made according to the following priority criteria:

  1. Function(s) affected (number and severity),
  2. Dimension(s) of performance affected (number and perceived importance by customers),
  3. Resources required for improvements and implement recommendations,
  4. The Hospital's mission, priorities, strategic plan,
  5. Patient/Customer populations affected, and
  6. Patient Safety Issues.

Non-Chartered (CQI) Teams

- Non-chartered teams are those teams which may be initiated at any time at the discretion of the Department Director. Interdisciplinary collaboration is encouraged. These teams may be interdepartmental or intradepartmental in composition. Summary reports on team activities are to be forwarded to the Quality Department as requested.

Failure Mode Effect and Criticality Analysis (FMEA) and Root Cause Analysis (RCA) Teams

- A FMEA team may be initiated under the direction of the Director of Quality at any time. FMEA teams conduct a proactive risk assessment and risk reduction

The electronic version of this policy is considered to be the controlled version.
Printed copies are considered uncontrolled documents. Before using a printed copy, verify that it is the current version.

analysis.  These teams will use the FMEA method to identify and prevent process failures before they occur.  The focus is on preventing errors, enhancing safety, and increasing customer satisfaction.  The FMEA process may be incorporated into any chartered or non-charted team.

Root Cause Analysis (RCA) Teams
An RCA Team may be initiated by the Chief Nursing Officer and Director of Quality Management in response to a sentinel event, intensive analysis, or targeted study.

Green Valley Hospital, designs new or modifies services, policies or procedures with quality in mind, including consideration of underlying systems, to maximize positive patient experience, promote positive clinical outcomes, and minimize risk to patients and staff.

Performance expectations are identified.  Performance measures may be developed internally or be adopted or adapted from measure sets used in existing databases, which will enable data collection and comparison between or among locations and organizations.  The measures are the benchmarks or statistical measures to be used for comparison.  Criteria used to define performance measures include:
- The measure can identify the events it was intended to identify
- The measure has a documented numerator and denominator statement of description of the population to which the measure is applicable;
- The measure has defined data elements and allowable values;
- The measure can detect changes in performance over time;
- The measure allows for comparison over time within the organization or between the organization and other entities (this may require risk adjustment);
- The data intended for collection are available; and
- The results can be reported in a way that is useful to the organization and other interested stakeholders;

## PROCEDURE

SCIENTIFIC METHODOLOGY FOR IMPROVEMENT ACTIVITIES
- Chartered teams and non-chartered improvement efforts should utilize the continuous improvement model of PDCA (PLAN, DO, CHECK, ACT) process for their activities.  Teams will be educated on the process at the time of their kickoff.
DATA COLLECTION AND PRIORITIES

The electronic version of this policy is considered to be the controlled version.
Printed copies are considered uncontrolled documents.  Before using a printed copy, verify that it is the current version.

- Priorities identified by the organization's leaders, include but may not be limited to those processes identified as: High –volume; High-risk; or Problem-prone.
- Data is collected to monitor the stability of processes, identify opportunities for improvement, identify changes that will lead to improvement, and sustain improvement.  Data collection is used to identify and prioritize improvement initiatives. In addition, collected data is use to:
  1. Establish performance baseline;
  2. Describe process performance and stability;
  3. Describe dimensions of performance relevant to functions, processes and outcomes;
  4. Identify areas for more focused data collection; and
  5. Sustain improvement.
- Relevant information from the following activities is integrated into the performance improvement and patient safety initiatives of the organization.  This will occur in a manner consistent with any applicable hospital policies or procedures intended to preserve any confidentiality or privileged information established by applicable law. The scope of measurement and analysis activities that will be utilized for both prioritizing improvement efforts and ongoing measurement activities will include, but not be limited to the following:
  1. Performance measures related to accreditation and other requirements;
  2. Risk management;
  3. Utilization management;
  4. Quality control (i.e., lab, radiology, etc)
  5. Efficacy of services provided through contract or written agreement
  6. Patient, family and staff opinions, needs, perceptions of risks to patients, and suggestions for improving patient safety;
  7. Staff willingness to report unanticipated adverse events;
  8. Staff opinions and needs;
  9. Patient Satisfaction;
  10. Effectiveness of pain management;
  11. Outcomes of processes and services;
  12. Mortality Review
  13. Performance measures from acceptable databases;
  14. Customer demographics and diagnoses;
  15. Financial data;
  16. Infection control and surveillance reporting;
  17. Environment of Care
  18. The appropriateness and effectiveness of pain management;
  19. Medication Management;

Page 5 of 9

The electronic version of this policy is considered to be the controlled version.
Printed copies are considered uncontrolled documents.  Before using a printed copy, verify that it is the current version.

20. Operative and other invasive, noninvasive procedures that place patients at risk
21. Use of blood and blood components;
22. Restraint/seclusion use;
23. Research;
24. Care or service to high-risk populations;
25. Outcomes related to resuscitations;
26. Staffing effectiveness;
27. Patient Flow;
28. Medical record documentation and delinquency rates;
29. Information management needs; and
30. Processes that involve risks or may result in sentinel events

- Specific areas for further study are identified by considering the information provided by the data about the process stability, risks, sentinel events, and priorities as identified by management, MEC or other committees. The detail and frequency of data collection are determined, as appropriate for monitoring targeted areas of study.

AGGREGATING AND ANALYZING DATA

- Green Valley Hospital believes that excellent data management and assessment, including the use of statistical tools and techniques, are essential to an affective performance improvement initiative. Chartered Teams will include members with expertise in use of statistical process control or may utilize another "expert" identified. Performance improvement teams and activities must be data driven and outcome based.
- The frequency with which data are aggregated will be determined as appropriate to the activity or area being studied.
- Data and performance will be evaluated either by internal comparison over time, comparison with similar processes in other organizations and/or comparison to external sources. External sources are as current as possible and include;
  1. Recent scientific, clinical, and management literature, including Sentinel Event Alert and Alerts for the Institute of Safe Medical Practices;
  2. Well formulated practice guidelines and parameters;
  3. Performance measures;
  4. Reference databases; and
  5. Standards that are periodically reviewed and revised.
- Comparative data, as available and appropriate, will be used to determine if there is excessive variability or unacceptable levels of performance.

The electronic version of this policy is considered to be the controlled version.
Printed copies are considered uncontrolled documents. Before using a printed copy, verify that it is the current version.

- Analysis will occur for those topics chosen by the leaders as performance improvement and patient safety priorities, and when an undesirable variation occurs which changes priorities.

SENTINEL EVENTS AND INTENSIVE ANALYSIS

- When it has been determined that there are substantial undesirable trends or variation in a process or hazardous conditions exist, an intensive analysis is initiated to determine where best to focus changes for improvements.  An intensive analysis, including a root cause analysis, is initiated when comparisons show:
    1. Levels of performance, patterns, or trends vary substantially and undesirably from those expected;
    2. Performance varies substantially and undesirably from that of other organizations or from recognized standards;
    3. A sentinel event has occurred.
- Certain specific clinical events which always illicit an intensive analysis includes:
    1. Confirmed transfusion reactions;
    2. Serious adverse drug events;
    3. Significant medication errors;
    4. Hazardous conditions;
    5. Staffing effectiveness issues;
    6. Major discrepancies, or patterns of discrepancies, between pre-operative and postoperative (including pathologic) diagnosis, including those identified during the pathologic review of specimens removed during surgical or invasive procedures; and
    7. Adverse events or patterns of adverse events during or associated with anesthesia/sedation use.
    8. In addition, an intensive analysis should occur for processes as priorities for proactive reduction in patient risk.  Intense analysis involves studying a process to learn in greater detail about how it is performed or how it operates, how it can malfunction, and how errors occur.
- Changes are initiated as soon as possible to improve performance, improve patient safety and reduce the risk of sentinel events.

USE OF INFORMATION & SUSTAINED IMPROVEMENT

The electronic version of this policy is considered to be the controlled version.
Printed copies are considered uncontrolled documents.  Before using a printed copy, verify that it is the current version.

- The organization will use information from data analysis to identify and implement changes that positively impact the quality of care, treatment, services, and patient safety, and promote risk reduction strategies. Changes made to improve processes or outcomes are evaluated to ensure that they achieve the expected results. Appropriate actions will be under taken when planned improvements are not achieved are sustained.
- In order to sustain improvements that are initiated in the design of new processes or modification of existing processes, Green Valley Hospital, uses all necessary resources and staff to identify, plan and test changes. Staff education in the changes is a key aspect of this process. Performance measures are established prior to implementing changes in order to determine whether improvements are sustained.

## FAILURE MODE, EFFECT AND CRITICALITY ANALYSIS

- The FMEA shall be proactive in nature and involve a high risk process and the Risk Manager will present information to the appropriate committee or committees, on possible processes to be considered from which to conduct an FMEA. Sources of possible processes are to include data available through statistics on sentinel events, publications and Sentinel Alerts, or other data that may be applicable to the identification of a process.
- The FMEA will be conducted by an interdisciplinary team comprised of the Risk Manager and other members as determined to provide a level of expertise that will contribute to the completion of the FMEA. Once completed the FMEA team will report its findings to the appropriate committees for discussion and so that decisions can be made as to the types of follow up activity warranted based on the findings of the FMEA.
- At least one interdisciplinary FMEA will be conducted on an annual basis.

## PATIENT SAFETY

- The leadership of Green Valley Hospital encourages reporting of medical errors, adverse drug events, and potential adverse events as a means to assess, improve and provide a safe environment for patient care. The purpose of reporting occurrences is to review their causes and improve processes in order to minimize recurrence. Staff are encouraged to participate in the detection and reporting of occurrences and errors, the identification of the system-based causes of errors, and the facilitation of system enhancements to reduce the likelihood of errors.

## COMMITTEE STRUCTURE, DOCUMENTATION AND COMMUNICATION

The electronic version of this policy is considered to be the controlled version.
Printed copies are considered uncontrolled documents. Before using a printed copy, verify that it is the current version.

- The committee structure supports performance improvement structure at Green Valley Hospital. Activities of these committees are documented in minutes or memos, which, when appropriate, document conclusions (data analysis), recommendations (improvement strategies), action (implementation of improvement activities or committee assignments), and follow-up (effectiveness of actions).
- Mechanisms are in place for documenting and communicating performance improvement activities as follows: Staff meeting minutes, Leadership meeting minutes, Quality Committee minutes, Medical Staff Committee minutes, Board of Director's minutes, E-mail, Sentinel Event Alert Response and Root Cause Analysis Forms, etc.

CONFIDENTIALITY
- All activities set forth in this Quality Management Plan, including any information collected by any medical staff committee, administrative committee, team, or hospital department in order to evaluate the quality of patient care, is to be held in the strictest confidence, and is to be carefully safeguarded against unauthorized disclosure.

PERFORMANCE IMPROVEMENT EDUCATION
- Employees receive education about Green Valley Hospital, Quality Management Plan at their initial orientation and ongoing thereafter, Medical Staff are educated during updates on Performance Improvement at Medical Staff meetings.

REVIEW AND UPDATE
- The Quality Management Plan is reviewed, updated, and approved at least annually by the Medical Executive Committee and the Board of Directors. The review considers the assessment of the adequacy of the allocation of human, information, physical, and financial resources in support of identified performance improvement priorities.

Page 9 of 9

The electronic version of this policy is considered to be the controlled version.
Printed copies are considered uncontrolled documents. Before using a printed copy, verify that it is the current version.

EXHIBIT "3"

## POLICY:

- This policy shall define the actions taken to eliminate the cause of potential non-conformities in order to prevent their occurrence. It is also the policy and practice to identify potential non-conformities with patient safety and organizational performance, and take appropriate preventive action to avoid potential negative outcomes.

- The purpose of this policy is to outline the responsibility and methods for determining:
    1. Potential problems/issues of non-conformities and causation;
    2. The need for action to prevent reoccurrences of problems;
    3. Implement required actions;
    4. Reporting the results of action(s) taken; and
    5. Reviewing the effectiveness of the preventive action.

## DEFINITIONS:

**QMRC:** Quality Management Review Committee (QRMC) is a review of data from a clinical perspective that highlights service line processes and outcomes within the organization, which turns this data into information through analysis and subsequent prioritization of action plans.

**Performance Improvement:** is the improvement of processes the organization uses to generate its product/services. This is also a reference to performance activities completed to improve the end product produced by the organization.

**Preventive Maintenance (PM):** is the routine calibration of clinical and non-clinical equipment to verify that the tools used to provide the organizations services are functioning within acceptable parameters.

**ISO:** International Organization for Standardization developed in cooperation with the American Society for Quality.

**NIAHO:** The National Integrated Accreditation for Healthcare Organizations standards for which the organization must demonstrate compliance.

**PDCA:** The Plan-Do-Check-Act performance improvement methodology.

The electronic version of this policy is considered to be the controlled version.
Printed copies are considered uncontrolled documents. Before using a printed copy, verify that it is the current version.

**HFMEA:** This is a healthcare failure mode effect analysis which is a proactive step-by-step review of a high risk/problem-prone procedure where each step of the process is reviewed to determine the step most likely to fail. Actions are then taken to prevent such failures from occurring in the future.

**HVA:** This is a proactive hazard vulnerability analysis which includes a ranking of possible hazards in a clinical/non-clinical area. Once completed, an action plan is developed to reduce the risk of the most detrimental hazard from becoming a reality.

**RCA:** This is a Root Cause Analysis which is a reactive step-by-step review following an adverse occurrence and/or Sentinel Event. During the course of this review preventive items/actions/steps may be identified wherein actions are taken to prevent such failures from occurring in the future.

## PROCEDURE:

- When opportunities for improvement are identified they will be noted on the respective record as delineated in the table below. These include items with the potential for failure on an individual, department, as well as systematic level.

- Depending on the input in the table below, the action, record maintenance, and follow-up will be executed as indicated.

### PREVENTIVE ACTION TABLE:

| POTENTIAL NON-CONFORMANCE | RESPONSIBILTY | ACTION | RECORD | FOLLOW UP |
| --- | --- | --- | --- | --- |
| Internal Audit Opportunities for Improvement | Departmental Leadership | Review of audits for potential trends that may precipitate poor performance. Once completed develop action plans to prevent performance failures. | • Departmental Dashboards<br>• QMRC<br>• Internal Audit Tool | Departmental leadership will be responsible for performing additional audits/measurement to ensure success of the developed action plan(s). |

The electronic version of this policy is considered to be the controlled version.
Printed copies are considered uncontrolled documents. Before using a printed copy, verify that it is the current version.

| | | | | |
| --- | --- | --- | --- | --- |
| Clinical Monthly Operating Report(s) | Quality/Risk Management/ Departmental/ Hospital Leadership | Report trends and potential preventive actions | • QMRC and Departmental Dashboards /Trending Reports | The Quality Department shall be responsible for follow-up with key stakeholders to ensure that data monitoring and preventive action plans are completed. Hospital Leadership is ultimately responsible for ensuring preventive actions are completed. |
| Alerts<br>• Internal<br>• External | Departmental Leadership | Facilities will assess their risk and take documented preventive action when the alert notice is found to apply to the facility. | • E-Mail<br>• Alert notices<br>• Meeting minutes | Departmental leadership will be responsible for monitoring/ measuring to ensure compliance/ performance with appropriate preventive action. |
| Patient Complaints and Grievances | Department/ Hospital Leadership<br><br>Risk Management<br><br>Patient Experience Representatives | Complaints will be tracked and trended and reviewed for potential preventive action items.  Once identified, action plans are developed to prevent performance failures. | • HCAHPS Reports<br>• Patient Complaint Reports<br>• Patient Surveys<br>• Incident Reports<br>• Meeting minutes | Departmental leadership will be responsible for monitoring/ measuring to ensure compliance/ performance with appropriate preventive action. |
| Preventive Maintenance | Facilities/ | The following will occur: | • PM Database<br>• Purchasing | Facilities/Bio-Medical |

The electronic version of this policy is considered to be the controlled version.
Printed copies are considered uncontrolled documents.  Before using a printed copy, verify that it is the current version.

| SUBJECT: PREVENTIVE ACTION | REFERENCE: QM.008 |
| --- | --- |
| | PAGE: 4 |
| | OF: 5 |
| DEPARTMENT: HOSPITALWIDE | |
| | EFFECTIVE: 06/2016 |
| APPROVED BY: Chief Nursing Officer | REVISED: |

| (PM) | Engineering Bio-Medical | 1. Routine PM is done according to calibration/ manufacture requirements 2. Equipment found to be defective will be repaired. 3. Records will be maintained of PM and repair. | Reports | Engineering will be responsible for completion of monitoring and measurement to verify calibration standards and prevent equipment failures. |
| --- | --- | --- | --- | --- |
| Near Misses | Risk Management Departmental Leadership | Near misses will generate an incident report and action will be taken to address the proactively prevent the root cause of the near miss from reoccurring. | • Incident Report | Departmental leadership will be responsible for monitoring/ measuring to ensure compliance/ performance with appropriate preventive action. |
| Drills | Departmental Leadership Safety Officer Engineering/ Facilities | Fire and disaster drills will be conducted with a documented critique. The critique will be reviewed for potential improvement actions. | • After Action Report | Departmental leadership/Safety Officer/Engineering /Facilities will be responsible for performing additional drills/measurement to ensure success of preventive actions identified in the after action critique. |

The electronic version of this policy is considered to be the controlled version.
Printed copies are considered uncontrolled documents. Before using a printed copy, verify that it is the current version.

**RESOURCES:**

1.  The following resources are available to assist hospitals in developing preventive action plans.

| RESOURCES | FACILITATOR | ACTION/USE |
|---|---|---|
| HFMEA | • Risk Management<br>• Quality Management<br>• Performance Improvement Teams | Conduct a step-by-step risk assessment of a high risk, problem prone procedure and take action to reduce high-risk, problem-prone steps. |
| Hazard Vulnerability Analysis (HVA) | • Facility Management<br>• Safety/EOC Committee | Conduct a step-by-step risk assessment of potential hazards and take action to reduce high-risk areas. |
| PDCA | • Risk Management<br>• Quality Management<br>• Performance Improvement Teams | Complete for identified preventive actions. |
| IHI Improvement Map | • Quality Management<br>• Performance Improvement Teams<br>• Tools Available On-line at IHI.org. | Tool used to map out preventative initiatives. |

**REFERENCE:**

American Society for Quality (2008), American International Standard ANSI/ISO/ASQ Standard 9001:2008 8.5.3, (14)

DNV Healthcare National Integrated Accreditation for Healthcare Organization Issue

The electronic version of this policy is considered to be the controlled version.
Printed copies are considered uncontrolled documents. Before using a printed copy, verify that it is the current version.

# EXHIBIT "4"

## POLICY:

- The purpose of this policy is to describe the process(es) used for determining the cause(s) of nonconformities, evaluating the need for action, implementing corrective action, when necessary, and reviewing the effectiveness of corrective action taken to ensure continual improvement of the quality management system.

- This policy outlines responsibilities and methods for:
    1. Identifying and reviewing nonconformities related to all services, including patient/customer complaints.
    2. Determining the causes of nonconformities.
    3. Evaluating the need for action to ensure nonconformities do not recur
        a. Some occurrences may not require action however; monitoring and evaluation may be needed to ensure that the nonconformity does not reoccur.
    4. Determining and implementing action needed.
    5. Recording the results of actions taken.
    6. Reviewing the effectiveness of the corrective action taken.
    7. Corrections and corrective actions are taken without undue delay to eliminate detected nonconformities and their causes.
    8. Correction and corrective action should be taken when planned results are not achieved.

## DEFINITIONS:

**Correction:** an action taken to eliminate a detected nonconformity at the point of identification and/or at the time the nonconformity is identified (i.e., patient complaint).

**Corrective Action:** an action taken to determine and eliminate the cause of a detected nonconformity or other undesirable situation. Corrective actions may require further root cause/critical events analysis to determine the cause. Once action is taken, monitoring may be required to determine if the corrective action, that has been implemented, is sustained.

**Nonconformance:** a service provided to a patient that does not conform to specified requirements, standards, and is identified and controlled to prevent its unintended recurrence, use, or delivery.

The electronic version of this policy is considered to be the controlled version.
Printed copies are considered uncontrolled documents. Before using a printed copy, verify that it is the current version.

## PROCEDURE:

- When "non-conformances" or "opportunities for improvement" are identified they will be noted on the respective record as delineated in the table below. These include individual or specific problems as well as the identification of systematic problems.

- Actions taken to immediately correct a situation will be recorded and verified at the point of "correction".

- The cause of nonconformities shall be determined using the tools and policies referred to in the Corrective Action Table below.

## CORRECTIVE ACTION TABLE:

| Problem/Issue Identification | Responsibility | Determining Causation/Action | Record | Follow-up |
| --- | --- | --- | --- | --- |
| Sentinel Events | Risk Management Quality Management | Determine the underlying cause of a Sentinel Event by completing a Root Cause Analysis (RCA), with corresponding corrective actions taken and monitoring the effectiveness of actions taken.<br><br>See policy – QM.003 Sentinel Event and QM.004 Incident Reporting | Incident Report(s)<br><br>RCA Tools<br><br>Plan of Correction | The Risk/Quality Department shall be responsible for coordinating the RCA and following-up with key stakeholders to ensure the Plan of Correction and data monitoring are completed.<br><br>The effectiveness of the corrective actions taken, when necessary, shall be monitored by the Risk Manager/ Quality Management Director/Department Director, as applicable. |
| Major Injuries | Risk Management | Follow the guidelines for Investigating a Potentially Compensable Events to | Incident Report(s) | The Risk Management Department shall be responsible for coordinating the investigation into the |

The electronic version of this policy is considered to be the controlled version.
Printed copies are considered uncontrolled documents. Before using a printed copy, verify that it is the current version.

| Problem/Issue Identification | Responsibility | Determining Causation/Action | Record | Follow-up |
|---|---|---|---|---|
| | | determining the cause of a major injury. Investigating the cause of a major injury may result in performing an RCA/ Critical Events Analysis, as described above.

See policy - QM.002 Risk Management | | cause of a major injury, and following-up with key stakeholders to ensure the Plan of Correction and data monitoring are completed.

The effectiveness of the corrective actions taken, when necessary, shall be monitored by the Risk Manager/ Department Director, as applicable. |
| Grievances | Risk Management/ Patient Experience / Patient Relations Advocate /Department Director | Follow the grievances management process to investigate the cause of a patient/family grievance.

See policy – HW.017 Patient Grievance Process | Complaint and Grievance Log | The Risk/Patient Experience / Patient Relations Advocate/ Department Director are responsible for following-up with key stakeholders to resolve the patient/family grievance.

The effectiveness of the corrective actions taken, when necessary, shall be monitored by the Risk Manager/ Patient Experience / Patient Relations Advocate/Department Director, as applicable. |
| Internal Audit -- Non | Quality Management | Follow the Internal Audit policy to | Audit Tools | The Quality Management |

The electronic version of this policy is considered to be the controlled version.
Printed copies are considered uncontrolled documents. Before using a printed copy, verify that it is the current version.

| Problem/Issue Identification | Responsibility | Determining Causation/Action | Record | Follow-up |
|---|---|---|---|---|
| Conformance | | determine the cause of a nonconformance identified during an Internal Audit. Nonconformities identified during an Internal Audit may require corrective action and the use of the Corrective Action Report/Tracking Tool. Depending on the type of nonconformances identified, a correction may be made at the time of the Internal Audit. However; some corrections that are identified across multiple Internal Audits, for the same nonconformance, may reveal a trend, which may require corrective action to be taken using the Corrective Action Reporting/ Tracking tools.  See policy – QM.005 Internal Audit | | Department shall be responsible for following-up with key stakeholders to ensure that the Internal Audit Corrective Action Report and Corrective Action Tracking Tool are completed, as applicable.  The effectiveness of the corrective actions taken, when necessary, shall be monitored by the Quality Management Director/Department Director, as applicable. |
| External Surveys | Hospital Leadership, Quality/Risk, Department Directors | Determine the cause of nonconformities found during an external survey | State/Federal/ Regulatory | The Quality/Risk Department shall be responsible for following-up with key |

The electronic version of this policy is considered to be the controlled version.
Printed copies are considered uncontrolled documents. Before using a printed copy, verify that it is the current version.

| Problem/Issue Identification | Responsibility | Determining Causation/Action | Record | Follow-up |
|---|---|---|---|---|
| | | using the tools identified within this policy (i.e., PDCA, RCA, and Internal Audits). Corrective actions will be taken based upon the external survey requirements and the nonconformities identified during the external survey process. | Corrective Action Form(s) | stakeholders to ensure the Plan of Correction and data monitoring are completed and reported timely.<br><br>The effectiveness of the corrective actions taken, when necessary, shall be monitored by the Quality Management Director/ Department Director, as applicable. |
| Quality Management Review Committee (QMRC) | Quality/Risk Management/ Departmental/Hospital Leadership | Nonconformities identified during the QMRC may require corrective action and/or the implementation of a corrective action plan. Determining the cause of nonconformities found during the QMRC may require utilizing the tools identified within this policy (i.e., PDCA, RCA, and Internal Audits). Corrective actions will be taken based upon the nonconformities identified during the QMRC process.<br><br>Report trends and corrective actions. | QMRC Meeting Minutes | The Quality Department shall be responsible for follow-up with key stakeholders to ensure that data monitoring and corrective action plans are completed. Hospital Leadership is ultimately responsible for ensuring corrective actions are completed.<br><br>The effectiveness of the corrective actions taken, when necessary, shall be monitored by the Quality Management Director/ Department Director, as applicable. |

The electronic version of this policy is considered to be the controlled version.
Printed copies are considered uncontrolled documents. Before using a printed copy, verify that it is the current version.

| SUBJECT:     CORRECTIVE ACTION | REFERENCE:  QM.009 |
|---|---|
| | PAGE: 6 |
| DEPARTMENT:  HOSPITALWIDE | OF: 6 |
| | EFFECTIVE:  06/2016 |
| APPROVED BY:  Chief Nursing Officer | REVISED: |

**RESOURCES:**

- The following resources are available to assist hospitals in determining the cause of a nonconformity and developing appropriate corrective actions.

| RESOURCES | FACILITATOR | ACTION/USE |
|---|---|---|
| PDCA | • Risk Management<br>• Quality Management<br>• Performance Improvement Team(s) | Complete for identified corrective actions. |
| Root Cause Analysis (RCA) | • Risk Management<br>• Quality Management | Root Cause Analysis process is completed after a sentinel event, serious injury or near miss. |
| External Resources:<br>• IHI.org<br>• The Advisory Board | • Risk Management<br>• Quality Management<br>• Performance Improvement Team(s) | External healthcare quality partners have various tools and resources available to assist in providing best practices, reference, structured methodologies for improvement, and bibliographic and peer reviewed references. |

**REFERENCES:**

American Society for Quality (2008), American International Standard ANSI/ISO/ASQ(E)
        Q9001-2008 8.5.2 (14)

DNV Healthcare National Integrated Accreditation For Healthcare Organizations

The electronic version of this policy is considered to be the controlled version.
Printed copies are considered uncontrolled documents.  Before using a printed copy, verify that it is the current version.